[No. 50883-1-I.   Division One.   December 30, 2002.]

THOM SATTERLEE, ET AL., *Appellants*, v. SNOHOMISH COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-00998-5, Michael E. Rickert, J., entered November 2, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ. Now published at 115 Wn. App. 229.

[Nos. 19928-9-II; 28245-3-II.   Division Two.   December 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT DANIEL BERRY, *Appellant*.
*In the Matter of the Personal Restraint of* SCOTT DANIEL BERRY, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00558-6, Thomas L. Lodge, J. Pro Tem., entered October 30, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 20708-1-III.   Division Three.   December 31, 2002.]

AUDREY L. RICE, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-01344-1, Heather K. Van Nuys, J., entered November 29, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20754-4-III.   Division Three.   December 31, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. RANDOLPH LEE BLACKBIRD, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02427-5, Paul A. Bastine, J., entered December 18, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.